IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEONDA KING, *et al*. | \* |
| | \* |
| PLAINTIFFS, | \* |
| | \* |
| v. | \* Case No. 1:22-cv-02771-RDM |
| | \* |
| VOYAGER 888, LLC d/b/a ASSETS GENTLEMEN'S CLUB, *et al.* | \* |
| | \* |
| DEFENDANTS. | \* |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Keonda King, Tiana Holmes, Abani Williams, Dora King, Sydney Jacobs, Momo Johnson, Unique Butler, and Jada Morales ("Plaintiffs"), and Defendants Voyager 888, LLC, d/b/a Assets Gentlemen's Club, Jeffrey Schaeffer, and Saxton-Gabrielle Miller ("Defendants") have settled this matter. The Parties intend to file a Stipulation of Dismissal with Prejudice with the Court on or before thirty (30) days from the date of this filing.

Respectfully submitted,

| | |
|---|---|
| */s/ Gregg C. Greenberg* | */s/ Barbara L. Johnson* |
| Gregg C. Greenberg, Bar Number: MD17291 | Barbara L. Johnson, Bar Number: 480189 |
| Zipin, Amster & Greenberg, LLC | Potter & Murdock, P.C. |
| 8757 Georgia Avenue, Suite 400 | 1015 15th St., NW |
| Silver Spring, Maryland 20910 | Washington, DC 20005 |
| Phone: 301-587-9373 | Phone: (571) 356-9007 |
| Email: ggreenberg@zagfirm.com | Email: bjohnson@pottermurdock.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |